*United States District Court*
*District of New Jersey*

22 May 2012

**LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT**

Jon Werner, Esq
Lyons & Flood
65 West 36th Street
7th Floor
New York, NY 10018

  Re: Albert Marine Construction, Inc.  v. Prosight
    Civil Action No. 2:11cv7305(DMC)

Dear Counsel,

  Our records indicate that a proof of service has been filed in this civil action and that the time for defendant(s) to answer has expired.

  You are hereby directed to move this civil action, by requesting that a default and default judgment be entered or submitting an extension to answer out of time, within ten (10) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on 4 June 2012 at 9:00 a.m.**

   **SO ORDERED**

             s/DENNIS M. CAVANAUGH
            Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk of Court
cc:  Hon. Mark Falk, U.S.M.J.
    Addressee
    file